

FILED
4/20/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
PH

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION     MDL No. 2672

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −33)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2015). Since that time, 567 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 19, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California
by: R. C. Santos
Deputy Clerk
Date: 20 April 2016

# IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

MDL No. 2672

## SCHEDULE CTO−33 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ~~ALM~~ | ~~2~~ | ~~16−00223~~ | ~~Threadgill v. Volkswagen Group of America, Inc.~~ Opposed 4/19/16 |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 16−02046 | Greg Ingerson v. Volkswagen Group of America, Inc. |
| CAC | 2 | 16−02148 | Ashley Proctor v. Volkswagen Group of America, Inc.,et al |
| CAC | 2 | 16−02210 | Jacqueline Luna v. Volkswagen Group of America Inc et al |
| CAC | 2 | 16−02214 | Bradley Stone v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 16−02301 | Michael Armstrong v. Volkswagen Group of America, Inc. |
| CAC | 2 | 16−02302 | Lorna Lejano v. Volkswagen Group of America, Inc. |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 16−00626 | Wilson v. Volkswagen Group of America, Inc. |
| CAE | 2 | 16−00629 | Jones et al. v. Volkswagen Group of America, Inc. |
| FLORIDA MIDDLE | | | |
| FLM | 8 | 16−00721 | The Environmental Protection Commission Of Hillsborough County, Florida v. Volkswagen AG et al |
| ~~FLM~~ | ~~8~~ | ~~16−00774~~ | ~~Bottiglieri v. Volkswagen Group of America, Inc. et al~~ Opposed 4/19/16 |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 16−01004 | Clements et al v. Volkswagen Group of America, Inc. |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 16−04071 | Napleton Orlando Imports, LLC et al v. Volkswagen Group of America, Inc. et al |

## MISSOURI EASTERN

| | | | | |
|---|---|---|---|---|
| ~~MOE~~ | ~~4~~ | ~~16−00464~~ | ~~Harris et al v. Volkswagen Group of America, Inc. et al~~ | Opposed 4/19 |
| ~~MOE~~ | ~~4~~ | ~~16−00466~~ | ~~LaFoy et al v. Volkswagen Group of America, Inc. et al~~ | Opposed 4/ |
| ~~MOE~~ | ~~4~~ | ~~16−00467~~ | ~~Rehder et al v. Volkswagen Group of America, Inc. et al~~ | Opposed 4 |
| ~~MOE~~ | ~~4~~ | ~~16−00470~~ | ~~Rector et al v. Volkswagen Group of America, Inc. et al~~ | Opposed 4 |
| ~~MOE~~ | ~~4~~ | ~~16−00471~~ | ~~Wiethuchter et al v. Volkswagen Group of America, Inc. et al~~ | Opposed 4/19/16 |

## OHIO NORTHERN

| | | | | |
|---|---|---|---|---|
| ~~OHN~~ | ~~1~~ | ~~16−00776~~ | ~~Sherfey et al v. Volkswagen Group of America, Inc.~~ | Opposed 4/19/1 |

## PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 16−01429 | MESSERSCHMIDT v. VOLKSWAGEN GROUP OF AMERICA |
| PAE | 2 | 16−01430 | EVANGELISTA v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAE | 2 | 16−01446 | LAYTON v. VOLKSWAGEN GROUP OF AMERICA |
| PAE | 2 | 16−01478 | GREENBERG v. VOLKSWAGEN GROUP OF AMERICA |
| PAE | 5 | 16−01441 | EMERY v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAE | 5 | 16−01442 | SCHUSTER v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAE | 5 | 16−01445 | REMINGTON v. VOLKSWAGEN GROUP OF AMERICA |
| PAE | 5 | 16−01482 | BILOUS v. VOLKSWAGEN GROUP OF AMERICA |
| PAE | 5 | 16−01484 | BILOUS et al v. VOLKSWAGEN GROUP OF AMERICA |
| PAE | 5 | 16−01553 | SALTZER v. AUDI OF AMERICA, LLC et al |

## PENNSYLVANIA MIDDLE

| | | | |
|---|---|---|---|
| PAM | 1 | 16−00548 | Reed v. Volkswagen Group of America, Inc. |

## PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 16−00354 | BRYANT v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAW | 2 | 16−00355 | STAMPER v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAW | 2 | 16−00363 | DLESK v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAW | 2 | 16−00365 | PETRILLA v. VOLKSWAGEN GROUP OF AMERICA, INC |
| PAW | 2 | 16−00366 | TUNE v. VOLKSWAGEN GROUP OF AMERICA, INC |
| PAW | 2 | 16−00372 | SIPULA v. VOLKSWAGEN GROUP OF AMERICA, INC. |

## TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 6 | 16−00250 | Cummings v. Volkswagen Group of America, Inc. |
| TXE | 6 | 16−00252 | Duncan v. Volkswagen Group of America, Inc. |
| TXE | 6 | 16−00253 | Ferns v. Volkswagen Group of America, Inc. |
| TXE | 6 | 16−00254 | Gudowicz v. Volkswagen Group of America, Inc. |
| TXE | 6 | 16−00255 | Hendershot v. Volkswagen Group of America, Inc. |
| TXE | 6 | 16−00256 | Lane v. Volkswagen Group of America, Inc. |
| TXE | 6 | 16−00257 | Lawson v. Volkswagen Group of America, Inc. |
| TXE | 6 | 16−00258 | Magleby v. Volkswagen Group of America, Inc. |
| TXE | 6 | 16−00259 | O'Bryan v. Volkswagen Group of America, Inc. |
| TXE | 6 | 16−00260 | Peterka v. Volkswagen Group of America, Inc. |
| TXE | 6 | 16−00261 | Poku v. Volkswagen Group of America, Inc. |
| TXE | 6 | 16−00262 | Wenz v. Volkswagen Group of America, Inc. |
| TXE | 6 | 16−00263 | Weiss v. Volkswagen Group of America, Inc. |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 5 | 16−00304 | Meuth v. Volkswagen of America, Inc., et al |
| TXW | 5 | 16−00315 | Lewis et al v. Volkswagen of America, Inc. et al |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| ~~WVS~~ | ~~2~~ | ~~16−02847~~ | ~~Morris v. Neale et al~~ Opposed 4/19/16 |