UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

Thomas G. Bruton
CLERK

Date: April 20, 2016

Phillip Burton Federal Building
 & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Napleton Orlando Imports, LLC et al v. Volkswagen Group of America, Inc. et al
MDL No. 2672
USDC Case No. 1:16-cv-04071

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 4/20/16

- Was electronically transmitted to: Northern District of California

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/Paula Harrison
      Deputy Clerk

Enclosures

New Case No. _____   Date _____

cc: Non-ECF Attorneys and Pro se Parties